**David Charles MCCLINTON,**
**Petitioner—Appellant,**

v.

**UNITED STATES of America; Alberto R. Gonzales; W.F. Dalius, Warden at FCI Butner–Medium, Respondents— Appellees.**

No. 06–6128.

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2006.

Decided: July 27, 2006.

David Charles McClinton, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Charles McClinton, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClinton v. United States,* No. 5:04–hc–00983–FL (E.D.N.C. Dec. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*